IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ARTEZ OLIVER                                                                                         PLAINTIFF

V.                                              No.  15-6069

OFFICER HANKLE;
OFFICER JOSHUA T. WILLIAMS                                                    DEFENDANT

REPORT AND RECOMMENDATION

Before the undersigned for report and recommendation is the 1983 complaint (Doc. 1) filed July 9, 2015. The Defendants were subsequently served and filed a timely Answer, *See ECF No.* 9 on October 29, 2015.

On July 9, 2015, the Court advised Plaintiff that it was his responsibility to immediately inform the Court of any change of address. At the time he filed his Complaint, Plaintiff was incarcerated in the Arkansas Department of Corrections ("ADC") Ouachita River Unit. (Doc. 1.) On November 10, 2015, mail sent to Plaintiff at Ouachita River Unit was returned undeliverable, with the notation he was discharged. Upon the Court's own research, Plaintiff's custody status is listed as unknown. Plaintiff's address at his last booking was determined to be: 401 E. Femmes Ave.,Osceola, AR. 72370.

A Show Cause order was entered on November 19, 2015 (Doc. 11) giving the Plaintiff until December 9, 2015 to show cause why his complaint should not be dismissed for failure to prosecute. The Plaintiff has failed to respond to the court's show cause order.

Based upon the Plaintiff's failure to comply with the court's order it is my

-1-

recommendation that the complaint be **DISMISSED WITH PREJUDICE.**

**The parties have fourteen days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. Section 636(b)(1). The failure to file timely written objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

Dated this January 15, 2016

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
U. S. MAGISTRATE JUDGE