IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ARTEZ OLIVER                                                          PLAINTIFF

v.                              Case No. 6:15-cv-06069

OFFICER HANKLE;
OFFICER JOSHUA T. WILLIAMS                                            DEFENDANTS

## <u>ORDER</u>

Before the Court is the Report and Recommendation filed January 15, 2016 by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 12). Judge Marschewski recommends that Plaintiff's Complaint be dismissed for failure to comply with an Order of the Court.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of February, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge